# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:                                          :        CHAPTER 7

Shirley Ellzy

    DEBTOR                          :        BKY. NO. 23-13019-mdc

## O R D E R

AND NOW, this _____ day of _____, 2023 upon consideration of Debtor's Application for an Extension of Time to file Chapter 7 Schedules.

It is Ordered that the Motion is Granted. Debtor has until **11/16/2023** to file the necessary Schedules and Statement of Financial Affairs in the above captioned matter.

By the Court:

_____

Hon. Magdeline D. Coleman
Chief U.S. Bankruptcy Court Judge