## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:                                          :        CHAPTER  7
Shirley Ellzy
     DEBTOR                     :        BKY. NO. 23-13019-mdc

O R D E R

AND NOW, this **3rd** day of **November**, 2023 upon consideration of Debtor's Application for an Extension of Time to file Chapter 7 Schedules.

It is Ordered that the Motion is Granted. Debtor has until **11/16/2023** to file the necessary Schedules and Statement of Financial Affairs in the above captioned matter.

By the Court:

*Magdeline D. Coleman*

Hon.  Magdeline D. Coleman
Chief U.S. Bankruptcy Court Judge