**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE                                                :Chapter 7
**Shirley Ellzy**


(DEBTOR)                                    :Bankruptcy#23-13019-mdc


PRAECIPE


TO THE CLERK OF THE U.S. BANKRUPTCY COURT:

    Kindly withdraw the the Application for Extension of Time Document Number 12 as it contained the wrong attachments.


DATED:November 14, 2023        __/s/ Michael A. Cibik____
                               Michael A.Cibik, Esquire
                               Cibik Law, P.C.
                               1500 Walnut Street, Suite 900
                               Philadelphia, PA 19102
                               (215) 735-1060